**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6819**

_____

ANTHONY BERNARD PAGE,

Petitioner - Appellant,

versus

JOHN TAYLOR, Warden; SAM MOORE, Unit Manager,
Y Building; B. T. MOHEAD, Hearings Officer; W.
RIVERS, Lieutenant, Sussex I State Prison;
CORRECTIONAL OFFICER PAIR, Guard, Sussex I
State Prison,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-00-377-AM)

_____

Submitted: November 29, 2001          Decided: December 5, 2001

_____

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Anthony Bernard Page, Appellant Pro Se. Mark Ralph Davis, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Bernard Page appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Page v. Taylor, No. CA-00-377-AM (E.D. Va. filed Apr. 11, 2001; entered Apr. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2